**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| DENALI SHIPPING LP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-22364-FAM |
| | ) | |
| VAN OIL PETROLEUM LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING DECLARATION OF MICHAEL J. FREVOLA**
**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FORUM**
**NON CONVENIENS AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT**

Defendant Van Oil Petroleum Ltd. hereby gives notice of the filing of the Declaration of

Michael J. Frevola in Support of Defendant's Motion to Dismiss on the Grounds of *Forum Non*

*Conveniens*.

Dated:  January 10, 2019

Respectfully submitted,

**TOMASELLI & CO.**

s/s John J. Tomaselli
By: John J. Tomaselli (Florida Bar No. 872570)
1500 Cordova Road, Suite 202
Fort Lauderdale, Florida 33316
954 761 8004
tcolaw@outlook.com

and

**HOLLAND & KNIGHT LLP**

s/s Brian A. Briz
By: Brian A. Briz (Florida Bar No. 657557)
701 Brickell  Avenue, Suite 3300
Miami, FL 33131
305 374 8500
brian.briz@hklaw.com

*Counsel for Defendant Van Oil Petroleum, Ltd.*

1